AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Duval, Stanwood R. | 2. Court or Organization<br><br>U. S. District Court, Eastern District of Louisiana | 3. Date of Report<br><br>05/06/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U. S. District Court
500 Poydras St., Rm. C-368
New Orleans, LA 70130

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Covenant House, Non-Profit Organization |
| 2. | Board Member | New Orleans Shakespeare Festival at Tulane, Non-Profit Organization |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R. | 05/06/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Donald "Boysie" Bollinger | August 21-25, 2015 | Argentina | Dove hunting | Travel, meals and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R. | 05/06/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Parcel #2, Terrebonne Parish, LA | | None | J | W | | | | | |
| 2. | Whitney Bank (Accounts) | A | Interest | M | T | | | | | |
| 3. | Judicial & Justice Fed. Credit Union (Accounts) | A | Interest | J | T | | | | | |
| 4. | Mineral Interest #1, Terrebonne Parish, LA | C | Rent | J | W | | | | | |
| 5. | Mineral Interest #2, Terrebonne Parish, LA | | None | J | W | | | | | |
| 6. | IRA #1 | C | Int./Div. | M | T | | | | | |
| 7. | -Wells Fargo Sweep Account | | | | | | | | | |
| 8. | - CAIFX | | | | | Sold | 11/16/15 | K | | |
| 9. | - EAAIX | | | | | Sold | 11/16/15 | J | | |
| 10. | - FSMXX | | | | | Sold | 11/16/15 | J | | |
| 11. | - AGG | | | | | Sold | 11/16/15 | K | A | |
| 12. | - T | | | | | Sold | 11/16/15 | K | C | |
| 13. | - PCY | | | | | Sold | 11/16/15 | K | B | |
| 14. | - BND | | | | | Sold | 11/16/15 | J | A | |
| 15. | - FGD | | | | | Sold | 11/16/15 | J | | |
| 16. | - DVY | | | | | Sold | 11/16/15 | J | C | |
| 17. | - DEM | | | | | Sold | 11/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - TLT | | | | | Sold | 11/16/15 | J | | |
| 19. - PIMSX | | | | | Sold | 11/16/15 | J | | |
| 20. - ALLY BANK CD | | | | | Buy | 11/19/15 | K | | |
| 21. - AMERICAN EXP CENT BK CD | | | | | Buy | 11/19/15 | K | | |
| 22. - GOLDMAN SACHS BK USA CDs | | | | | Buy | 11/19/15 | L | | |
| 23. IRA #2 | A | Int./Div. | M | T | | | | | See Part VIII |
| 24. -Blackrock Fundamental Growth | | | | | Sold | 09/17/15 | M | E | |
| 25. -Blackrock Global Allocation C+ | | | | | Sold | 09/17/15 | L | D | |
| 26. -Blackrock Global Smallcap C+ | | | | | Sold | 09/17/15 | L | | |
| 27. -Invesco Comstock Fund+Class C | | | | | Sold | 09/17/15 | L | E | |
| 28. - Raymond James Citibank - Sweep Acct | | | | | Open | 09/22/15 | L | | |
| 29. - EFA | | | | | Buy | 10/12/15 | J | | |
| 30. | | | | | Buy (add'l) | 11/12/15 | J | | |
| 31. | | | | | Buy (add'l) | 12/11/15 | J | | |
| 32. - NOBL | | | | | Buy | 10/12/15 | J | | |
| 33. | | | | | Buy (add'l) | 11/12/15 | J | | |
| 34. | | | | | Buy (add'l) | 12/11/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - SDY | | | | | Buy | 10/12/15 | J | | |
| 36. | | | | | Buy (add'l) | 11/12/15 | J | | |
| 37. | | | | | Buy (add'l) | 12/11/15 | J | | |
| 38. - VIG | | | | | Buy | 10/12/15 | J | | |
| 39. | | | | | Buy (add'l) | 11/12/15 | J | | |
| 40. | | | | | Buy (add'l) | 12/11/15 | J | | |
| 41. - VWO | | | | | Buy | 10/12/15 | J | | |
| 42. | | | | | Buy (add'l) | 11/12/15 | J | | |
| 43. | | | | | Buy (add'l) | 12/11/15 | J | | |
| 44. Merrill Lynch CMA Account | A | Int./Div. | | | Closed | 08/12/15 | L | | |
| 45. -Blackrock Global Allocation FD Inc C | | | | | Sold | 08/12/15 | J | | |
| 46. Raymond James Bank Deposit Program | A | Int./Div. | N | T | | | | | See Part VIII |
| 47. - Raymond James Citibank NA | | | | | Open | 08/12/15 | M | | |
| 48. - Raymond James Bank NA | | | | | Open | 08/12/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R. | 05/06/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART IV.  REIMBURSEMENTS

Line 1 - Donald "Boysie" Bollinger is a lifelong friend of mine.  I have always recused myself from any cases involving Donald Bollinger or any of his companies.

PART VII. INVESTMENTS AND TRUSTS

Line 23 - IRA #2 is the sole financial interest of my spouse, of which I do not derive or expect to derive a benefit.

Line 46 - Raymond James Bank Deposit Program is the sole financial interest of my spouse, of which I do not derive or expect to derive a benefit.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stanwood R. Duval**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544